

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-21-00143-CR

**EX PARTE** Hector **REYES**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Luz Elena D. Chapa, Justice
                Beth Watkins, Justice

Delivered and Filed: April 28, 2021

DISMISSED

Relator has filed a petition for writ of habeas corpus relating to a criminal prosecution. "Our original jurisdiction to issue a writ of habeas corpus is limited to cases in which a person's liberty is restrained because the person has violated an order, judgment, or decree entered in a civil case." *In re Garrett*, No. 04-20-00557-CR, 2020 WL 7753983, at *1 (Tex. App.—San Antonio Dec. 30, 2020, no pet.) (mem. op., not designated for publication). "We do not have original jurisdiction to issue a writ of habeas corpus in criminal matters." *Id.* "The only courts authorized to issue writs of habeas corpus in criminal matters are the Texas Court of Criminal Appeals, district

---

[1]This proceeding arises out of Cause No. 2019CR3789, styled *State of Texas v. Hector Reyes*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.

courts, and county courts." *Id.* Here, relator does not complain of an order, judgment, or decree entered in a civil case. We therefore dismiss relator's petition for want of jurisdiction.

PER CURIAM

Do Not Publish